UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 24-3869 |
| | ) | 24-3953 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | APPELLEE'S MOTION FOR A |
| CHRISTOPHER UGOCHUKWU, | ) | 28-DAY EXTENSION OF TIME |
| | ) | WITHIN WHICH TO FILE |
| Defendant-Appellant. | ) | APPELLEE'S BRIEF |

Plaintiff-Appellee, the United States of America, through undersigned counsel, respectfully moves this Court for a 28-day extension of time, until March 6, 2025, within which to file the United States' brief. The requested extension is not for purposes of delay, but to ensure a complete response to Defendant-Appellant Christopher Ugochukwu's briefs in this consolidated appeal.

The United States' brief is currently due on February 6, 2025. However, undersigned counsel needs additional time to review the issues in this case and complete a thorough response to Ugochukwu's briefs. The United States, therefore, respectfully requests that the Court grant a 28-day extension, until March 6, 2025, within which to file its brief.

This is the United States' second extension request in this appeal following the Court's order of consolidation. Ugochukwu will not be prejudiced because he is in custody serving his 320-month sentence.

          Respectfully submitted,

          CAROL M. SKUTNIK
          Acting United States Attorney
          Northern District of Ohio

By: /s/ *Joseph H. Walsh*
     Joseph H. Walsh
     Assistant United States Attorney
     United States Court House
     801 West Superior Avenue, Suite 400
     Cleveland, Ohio 44113
     (216) 622-3833
     Joseph.Walsh@usdoj.gov